# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-cr-52 (WLS-TQL-1) |
| ROGER BERNARD PALMORE, JR., | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On August 31, 2022, the Court held a hearing to address Defendant Palmore's Motion to Suppress evidence in this case. (Doc. 20.) Present at the hearing were Defendant Palmore, Defendant's counsel, Counsel for the Government, and two witnesses for the Government, who were law enforcement officers.

After hearing from both Parties, the Court instructed that both Parties may file a supplemental or post-hearing brief following the availability of the hearing transcript if they so desire. Once the transcript is available on the record, the Defendant shall have **fourteen (14) days** from the transcript's publication to file his post-hearing brief in support of his Motion. The Government shall then have **fourteen (14) days** following the filing of Defendant's brief to file its response. Thereafter, Defendant shall have **seven (7) days** to file a reply.

**SO ORDERED**, this 1st day of September 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**