IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **ROGER BERNARD PALMORE, JR.,** : <br> : <br> Defendant. : <br> _____ : | **CASE NO: 7-21-CR-52 (WLS)** |

### ORDER

Before the Court is the United States' Motion to Schedule Trial During the January 2023 Term of Court (Doc. 34) ("Motion to Schedule Trial"), filed on December 14, 2022.

To ensure the efficient disposition of this matter, the Defendant is **ORDERED** to file a response or other appropriate motion to the Motion to Schedule Trial no later than **Monday, December 19, 2022**.

**SO ORDERED**, this 16th day of December 2022.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1